UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARY T. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. |
| | ) |
| NORTH EAST RECOVERY SOLUTIONS, LLC, | )   3:19-CV-0237-G |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Before the court is the plaintiff's motion for default judgment (docket entry 16). The motion is **GRANTED** and judgment is entered as follows:

It is thereby **ORDERED**, **ADJUDGED** and **DECREED** that judgment is entered in favor of the plaintiff against the defendant Northeast Recovery Solutions, LLC, for statutory damages in the amount of $1,000.00.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that the plaintiff shall have and recover judgment for attorney's fees in the total amount of $3,325.00.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that costs of $612.20 are taxed against the defendant.

It is further **ORDERED, ADJUDGED** and **DECREED** that the plaintiff, shall have and recover judgment against the defendant, post-judgment interest pursuant to 28 U.S.C. § 1961 on all monies awarded herein at the rate of 2.40% per annum, simple interest, on all unpaid amounts until the judgment is fully paid.

    SO ORDERED.

May 10, 2019.

 

_____
**A. JOE FISH**
**Senior United States District Judge**