UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACHARY T. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| NORTHEAST RECOVERY | ) | 3:19-CV-0237-G |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The plaintiff's motion for turnover order (docket entry 18) is **GRANTED**.

The defendant Northeast Recovery Solutions, LLC, ("Defendant") is ordered to turn over and deliver to Plaintiff, by way of a sheriff or U.S. Marshal under writ of execution, funds held by Defendant or held by M&T Bank Corporation in any account in the name of or held on behalf of Defendant, in an amount totaling $4,940.50.

The sheriff or U.S. Marshal is hereby empowered to possess, control, and deal with the property as set out in Plaintiff's Motion for Turnover Order and to apply that property toward satisfaction of Plaintiff's judgment against Defendant.

M&T Bank Corporation is further ordered to freeze any account(s) held in the name of or on behalf of Defendant sufficient to satisfy Plaintiff's judgment against Defendant.

**SO ORDERED.**

August 22, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**